UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ZACHARY S. MILLER AND
    LINDSEY A. MILLER FKA
    LINDSEY A. JARVIS                 CASE NO. 16-42414-MBM
                                                          CHAPTER 13
                                                          HONORABLE MARCI B. MCIVOR

          DEBTORS,
_____/

GREGORY T. OSMENT
Attorney for Debtors
13 Washington Street, Suite 1
Monroe, MI 48161
(734) 242-4441

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000_____/

**OBJECTION OF MB FINANCIAL BANK, NATIONAL ASSOCIATION TO
CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

    MB Financial Bank, National Association, (the "Creditor"), for its Objection to Confirmation of Debtors' Chapter 13 Plan, states as follows:

    1.    The gross outstanding indebtedness owing to the Creditor under the Mortgage on the real estate at 4445 Elm Street, Newport, Michigan 48166 at the time of filing of the bankruptcy petition was $124,478.82.

    2.    The interest rate on the real estate mortgage is 3.750% per annum, with monthly payments of $591.14.

    3.    The Creditor is the first mortgagee on the real estate with the property address of 4445 Elm Street, Newport, Michigan 48166.

4. The Plan states the monthly payment of $995.64.

5. The arrearage balance stated in the Plan is $381.81.

6. The actual arrearage is $4,530.42, which includes an escrow shortage.

7. The proposed Plan is not feasible based on the amount the Debtors intend on paying.

8. The Chapter 13 Plan of the Debtors fails to state the proper arrearage, and as a result, the Plan does not adequately protect the Creditor. The Creditor, therefore, seeks a continuance of the confirmation so an amended Plan may be filed.

In conclusion, MB Financial Bank, National Association prays that this Court grant the relief requested and not confirm the proposed Plan until the objections are resolved.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

---

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: April 25, 2016